UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In The Arbitration Matter Between

Larry Y. Anderson and
Alice Anderson,
Claimants,

Civil File No. 00-2426 MJD/RLE

v.

**ORDER**

Georgia Pacific Corporation
and UniSource Worldwide, Inc.,

Respondents.

This matter came on for hearing before the undersigned on the 20th day of November, 2000, pursuant to the motion of claimants. Ansis V. Viksnins and William F. Stute of the law firm of Lindquist & Vennum, P.L.L.P., Minneapolis, Minnesota, appeared on behalf of claimants. Kathleen M. Mahoney of Oppenheimer Wolff & Donnelly LLP appeared on behalf of respondents Georgia Pacific Corporation and UniSource Woldwide, Inc.

Based upon all the files, records and proceedings in this matter,

**IT IS HEREBY ORDERED THAT:**

Larry Y. Anderson, Alice Anderson, Georgia Pacific Corporation, and UniSource Worldwide, Inc., are hereby enjoined from participating in the currently pending arbitration before the Dispute Resolution Institute, Case No. 091900, pending further Order of the Court.

DATED: November 20, 2000

BY THE COURT:

Michael J. Davis
United States District Court Judge

Doc# 1287438\1

NOV 20 2000
FILED ______
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______