UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Larry Y. Anderson and
Alice Anderson,

Plaintiffs,

vs. SCHEDULING ORDER

Georgia Pacific Corporation
and Unisource Worldwide, Inc.,

Defendants. Civ. No. 00-2426 (MJD/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 30th day of January, 2001.

* * *

On January 30, 2001, the Court conducted an Initial Pretrial Conference with counsel for the parties. Counsel have jointly advised that no Scheduling Order is needed, as the matter will be resolved by a Motion to Compel Arbitration which will be heard by the District Court, the Honorable Michael J. Davis presiding, on February 16, 2001. We accede to the parties' recommendation. If, following the District Court's resolution of the pending Motion to Compel, there is a need for further action in this file, the parties are directed to contact this Court for the purpose of scheduling, and conducting, an Initial Pretrial Conference.

NOW, THEREFORE, It is --

(18)

JAN 30 2001
FILED FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ORDERED:

That, as more fully detailed in the text of this Order, the parties are directed to contact this Court, for the purpose of conducting an Initial Pretrial Conference, if the action remains extant after the District Court's ruling on the pending Motion to Compel Arbitration.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE