UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In The Arbitration Matter Between

Larry Y. Anderson and Alice Anderson,

Claimants,

v.

Georgia Pacific Corporation and UniSource Worldwide, Inc.,

Respondents.

Civil File No. 00-2426 MJD/RLE

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to the above-captioned action, through their undersigned legal counsel, hereby stipulate and agree to the dismissal of this matter with prejudice. Each party will bear its own costs and fees.

DATED: April 13, 2001.

LINDQUIST & VENNUM P.L.L.P.

By ______________________

Terrence J. Fleming, #128983
Ansis V. Viksnins, #196277
William F. Stute, #279663
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 371-3211

**ATTORNEYS FOR CLAIMANTS**

**EXHIBIT C**

FILED MAY 09 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D ________
DEPUTY CLERK ________

DATED: April 16, 2001

OPPENHEIMER WOLFF & DONNELLY LLP

By ______________________
Kathleen M Mahoney, #66588
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 607-7000

ATTORNEYS FOR RESPONDENTS

Upon the attached stipulation, IT IS SO ORDERED. LET JUDGMENT OF DISMISSAL BE ENTERED ACCORDINGLY.

BY THE COURT:

DATED: May 9, 2001

______________________
Michael J. Davis
United States District Court Judge